## Winfield v. Fegenbush, Justice of Peace.

(Decided April 21, 1931.)

CLARENCE W. BEATTY, Jr., for appellant.

M. JOSEPH DONOVAN for appellee.

OPINION OF THE COURT BY CREAL, COMMISSIONER—
Affirming.

Appellant was denied a writ of prohibition in the Jefferson circuit court. The facts in the case are identical with the facts in the case of Lola Michael v. Charles C. Fegenbush, Justice of the Peace 238 Ky. 428, 37 S. W. (2d), in which the judgment of the lower court was this day affirmed.

On the authority of that case, the judgment of the lower court on this appeal is affirmed.

Whole court sitting.